UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-2288
_____

ANIMAL SCIENCE PRODUCTS, INC.,

Appellant

v.

CHINA MINMETALS CORPORATION; CHINA NATIONAL CO, LTD.;  XIYANG
GROUP; XIYANG (PACIFIC) IMPORT & EXPORT LTD. COMPANY;  XIYANG
REFRACTORY MATERIALS LTD COMPANY; XIYANG FIREPROOF
MATERIALS LTD  COMPANY; SINOSTEEL CORPORATION; SINOSTEEL
TRADING COMPANY; LIAONING JIAYI METALS & MINERALS CO., LTD;
LIAONING FOREIGN TRADE GENERAL CORPORATION; LIAONING JINDING
MAGNESITE GROUP; DALIAN GOLDEN SUN IMPORT  & EXPORT CORP.;
HAICHENG HOUYING CORP. LTD;
HAICHENG HUAYU GROUP IMPORT & EXPORT CO. LTD. (HUAZIYU);
HAICHENG PAILOU MAGNESITE ORE CO. LTD.; YINGKOU HUACHEN
(GROUP) CO LTD

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

District Court Judge:  Honorable Garrett E. Brown, Jr.
(D.C.  No. 05-cv-04376)
_____

Argued:  January 24, 2011

Before:  FUENTES and CHAGARES, Circuit Judges,  and
POLLAK, District Judge*


* The Honorable Louis A. Pollak, United States District Judge for the Eastern District of
Pennsylvania, sitting by designation.

(Opinion Filed:  August 17, 2011)

_____

ORDER AMENDING OPINION

.

_____

The opinion in the above case is hereby amended as follows:  on page 4, second paragraph, third line from the bottom, "the Clayton Act," is deleted.

BY THE COURT:

/s/ Michael A. Chagares
Circuit Judge

DATED: October 7, 2011
tmk/cc: Richard E. Donovan, Esq.
    William Isaacson, Esq.
    Robert A. Magnanini, Esq.
    David S. Stone, Esq.
    Amy W. Wagner, Esq.
    Robert J. Del Tufo, Esq.
    Shepard Goldfein, Esq.
    Michael L. Weiner, Esq.
    Mark Baghdassarian, Esq.
    Jonathan Caplan, Esq.
    Leda Dunn-Wettre, Esq.